# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**REGINALD F. WATSON**  **PETITIONER**
Reg. #56321-056

v.   CASE NO. 2:17-CV-00180 BSM

**C.V. RIVERA, Warden,**
**FCI Forrest City, et al.**   **RESPONDENTS**

## ORDER

The recommended disposition [Doc. No. 10] submitted by United States Magistrate Judge Joe J. Volpe and petitioner Reginald Watson's objection [Doc. No. 11] thereto have been received. After *de novo* review of the record, the recommended disposition is hereby adopted in its entirety. Accordingly, the petition for writ of habeas corpus [Doc. No. 1] is dismissed for lack of jurisdiction.

IT IS SO ORDERED this 15th day of November 2017.

_____
UNITED STATES DISTRICT JUDGE